**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Steven Allender v. Judith Cooper, Katy Chamber of Commerce d/b/a Katy Area Chamber of Commerce, and Katy Chamber of Commerce d/b/a Katy Rice Harvest Festival |
| Appellate case number: | 01-12-00430-CV |
| Trial court case number: | 0859572 |
| Trial court: | 270th District Court of Harris County |

Appellees Katy Chamber of Commerce d/b/a Katy Area Chamber of Commerce and Katy Chamber of Commerce d/b/a Katy Rice Harvest Festival have filed a motion to dismiss the above-referenced appeal. The motion is **DENIED**.

Judge's signature: /s/ <u>Sherry Radack</u>

☑ Acting individually    ☐ Acting for the Court

Date: <u>December 6, 2012</u>